UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BERRY,<br><br>Defendant. | Case No. 2:23-mj-00255-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's trial date is currently scheduled for September 20, 2023.
    a. To date, defense counsel has had trouble opening the discovery and has a schedule calendar conflict.
2. The defendant is not in custody and does not object to the continuance.
3. The parties agree to the continuance.
4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

/ / / / /

/ / / / /

/ / / / /

**ORDER**

IT IS ORDERED that the trial date currently scheduled for September 20, 2023 at 9:00 a.m. be vacated and continued to November 29, 2023 at the hour of 9:30 a.m. in Courtroom 3D.

Dated this 18th day of September, 2023.

_____
HONORABLE MAGISTRATE JUDGE
ELAYNA J. YOUCHAH