SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:    2:23-mj-0255-EJY |
| v. | ) | |
| | ) | **STIPULATION TO CLOSE CASE** |
| MARK STEPHEN BERRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS STIPULATED AND AGREED, by and between SUE FAHAMI, Acting

United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the

United States of America, and Craig Mueller, Esquire, counsel for the defendant Mark

Stephen Berry, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.      On or about January 31, 2024, defendant entered into a Petty Offense

Agreement with the United States in which he agreed to plead guilty to Count One of the

Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of

36 C.F.R. § 4.23(a)(1). *See* ECF No. 14.

2.      The parties agreed to recommend that defendant be sentenced to one year of

unsupervised probation with the following special conditions: (i) pay a $800.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete a sixteen (16) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months. If the defendant successfully completes his obligations within six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving.

3.      On January 31, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 14.

4.      Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

///

///

///

///

///

///

///

///

///

///

///

///

///

5.    As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request that the above-captioned matter be closed.

DATED this 3rd day of February, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney


 /s/   Craig Mueller                                          /s/ Skyler Pearson
CRAIG MUELLER, ESQ.                          SKYLER PEARSON
Attorney for Defendant                            Assistant United States Attorney
**MARK STEPHEN BERRY**

1

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

2

UNITED STATES OF AMERICA,    )

3
                           )

4
       Plaintiff,        )      Case No.:    2:23-mj-0255-EJY
                           )

5
vs.                     )      **ORDER TO CLOSE THE CASE**

6
MARK STEPHEN BERRY,      )

7
       Defendant.      )

8
_____)

9
10
      Based on the pending Stipulation of counsel, and good cause appearing therefore, the
Court finds that:

11
12
      1.     Defendant Mark Stephen Barry has successfully completed the conditions of his
sentencing.

13
14
15
                          **ORDER**

16
17
      IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea
to count one and that the count one be amended to reckless driving.

18
19
      IT IS HEREBY ORDERED that the parties move the Court in the above-captioned

20
matter case be closed, as all requirements have been completed.

21
22
      DATED this 4th day of February, 2025.

23
24
25
26
           _____
           UNITED STATES MAGISTRATE JUDGE

27
28

4